**VAN–102** Order Authorizing Employment of Attorney – Rev. 03/03/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Jeffrey Norman Pare
2500 Clerestory Place
Raleigh, NC 27615

CASE NO.: 10–02303–8–JRL

DATE FILED: March 24, 2010

CHAPTER: 7

Laura Adams Moreschi
2500 Clerestory Place
Raleigh, NC 27615

ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY

This matter comes on to be heard upon the application of the trustee for authority to employ an attorney, and the court makes the following findings of fact and conclusions of law:

1. The determination of this matter is within the jurisdiction of the bankruptcy court pursuant to 28 U.S.C. §§ 1334, 151 and 157, and is a core proceeding pursuant to 28 U.S.C. § 157.

2. It is necessary for the trustee to employ an attorney for the reasons set forth in the trustee's application.

3. The proposed attorney does not hold or represent any interest adverse to the estate and is a disinterested person as contemplated under § 327(a) of the Bankruptcy Code.

4. The employment of an attorney for the estate would be in the best interest of the estate; now therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the trustee is authorized to employ and retain an attorney for the bankruptcy estate, and that the trustee is authorized to employ David M Warren as attorney for the trustee.

DATED: May 10, 2010

J. Rich Leonard
United States Bankruptcy Judge