UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    CASE NO.: 10-02303-8-JRL

JEFFREY NORMAN PARE
LAURA ADAMS MORESCHI,

DEBTORS                                CHAPTER 7

MOTION TO EXTEND TIME TO OBJECT TO EXEMPTIONS

Now comes David M. Warren ("Trustee"), trustee for the above-referenced bankruptcy

estate, by and through counsel, and moves the court to extend the time to object to the

exemptions clamed by the Debtors.  In support of this Motion, the Trustee shows unto the court

the following:

1.      This matter is a core proceeding pursuant to 28 U.S.C. §157, and the court has

jurisdiction pursuant to 28 U.S.C. §§151, 157, and 1334.  The court has the authority to hear this

matter pursuant to the General Order of Reference entered August 3, 1984, by the United States

District Court for the Eastern District of North Carolina.

2.      The Debtors filed a Chapter 7 bankruptcy petition on March 24, 2010, and the

trustee was appointed to fulfill the duties as stated in 11 U.S.C. §704.

3.      Rule 4003(b) of the Federal Rules of Bankruptcy Procedure provides that the

court may, for cause, extend the time fixed for filing objections to exemptions upon the motion

of the trustee or a creditor.

4.      The time for filing objections to the exemptions pursuant to Rule 4003(b) of the

Federal Rules of Bankruptcy Procedure will expire on or about May 22, 2010, and such time has

not expired.

5.    The Trustee has requested the Debtors to provide additional information relating to the Debtors' assets, liabilities and pre-petition deposits to IRAs and will need additional time to review those documents when received.

Wherefore, the Trustee prays for the court to extend the time to object to the exemptions claimed by the Debtor for sixty (60) days through and including July 21, 2010.

Dated:  May 20, 2010.                              POYNER SPRUILL LLP


By:      /s/  David M. Warren
         N.C. State Bar No. 12581
         Attorneys for the Trustee
         Post Office Box 1801
         Raleigh, NC  27602
         Telephone: (919)-783-6400
         Facsimile: (919) 783-1075

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                CASE NO.: 10-02303-8-JRL

JEFFREY NORMAN PARE
LAURA ADAMS MORESCHI,

                    DEBTORS                   CHAPTER 7

NOTICE OF MOTION

TO:    All parties in interest.

    The party represented by counsel below has filed a Motion to Extend Time to Object to Exemptions with the court ("Pleading").

    Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

    If you do not want to the court to grant relief sought in the Pleading, or if you want the court to consider your views on the Pleading, then on or before June 7, 2010, unless otherwise ordered, you or your attorney must file with the court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at

U.S. Bankruptcy Court
P.O. Box 1441
Raleigh, NC  27602-1441

    If you mail your request, response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

    You must also mail a copy to:

David M. Warren
Poyner Spruill LLP
P. O. Box 1801
Raleigh, NC

Marjorie K. Lynch, Esq.
Bankruptcy Administrator, EDNC
Post Office Box 3758
Wilson, NC  27893-3758

and all other parties in interest.

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the Pleading at a date, time and place to be later set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Pleading and may enter an order granting that relief.

Dated:  May 20, 2010                    POYNER SPRUILL LLP


                          By:     /s/  David M. Warren
                                  N.C. State Bar No. 12581
                                  Attorneys for the Trustee
                                  Post Office Box 1801
                                  Raleigh, NC  27602
                                  Telephone: (919)-783-6400
                                  Facsimile: (919) 783-1075

## CERTIFICATE OF SERVICE

I, David M. Warren, of Poyner & Spruill L.L.P. certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this date, I served a copy of the foregoing Motion to Extend Time to Object to Exemptions and Notice of Motion on:

> John T. Orcutt
> The Law Offices of John T. Orcutt, PC
> 6616-203 Six Forks Rd.
> Raleigh, NC  27615
>
> Jeffrey Norman Pare
> Laura Adams Moreschi
> 2500 Clerstory Place
> Raleigh, NC  27615
>
> Marjorie K. Lynch, Esq.
> Bankruptcy Administrator, EDNC
> Post Office Box 3758
> Wilson, NC  27893-3758

by depositing same in the United States mail, first class, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  May 20,  2010.                    POYNER SPRUILL LLP


                                  By:    /s/  David M. Warren
                                         N.C. State Bar No. 12581
                                         Attorneys for the Trustee
                                         Post Office Box 1801
                                         Raleigh, NC  27602
                                         Telephone: (919)-783-6400
                                         Facsimile: (919) 783-1075