**SO ORDERED.**

**SIGNED this 04 day of June, 2010.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ) | CASE NO. 10-02303-8-JRL |
| ) | CHAPTER 7 PROCEEDING |
| Pare, Jeffrey Norman ) | |
| Moreschi, Laura Adams ) | |
| DEBTOR(S) ) | |

**ORDER GRANTING MOTION
OF THE BANKRUPTCY ADMINISTRATOR
FOR AN ORDER UPON THE DEBTOR(S)
COMPELLING PRODUCTION OF DOCUMENTS
PURSUANT TO BANKRUPTCY RULE 2004**

This matter came before this Court upon the motion of the Bankruptcy Administrator for an order upon the debtor(s) to produce documents pursuant to Bankruptcy Rule 2004. The Court finds that the motion states good cause.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that on or before June 17, 2010, the debtor shall provide to the Bankruptcy Administrator for inspection any item or document as indicated below:

☒ Pay advices of the debtor(s) for the six (6) months prior to the filing of the case. Pay advices include but are not limited to, the following: paycheck stubs, pension/retirement statements, IRA withdrawal statements, 401(k) withdrawal statements, Social Security benefits award statements, monthly profit and loss statements for business income, annuity payments, and any other document that evidences your income for the preceding six months.

☒ Pay advices, as defined above, received by the debtor since the filing of the case to the date of this motion.

| | |
|---|---|
| ☒ | A copy of bank statements for all bank accounts held by the debtor(s) within the twelve (12) months of the date preceding the filing of the petition. |
| ☐ | A copy of any life insurance policy that is not provided through the debtor(s)' employer. |
| ☐ | A copy of the debtor(s)' 401(k) loan documents or other retirement loan documents. |
| ☐ | A detailed monthly profit and loss statement for the six months preceding the filing the of the bankruptcy case.  This document should include gross business receipts less business expenses.  The business expenses must be provided in detail. |
| ☐ | A copy of debtor(s)' divorce decree, separation agreement, or any other court ordered document evidencing a domestic support obligation. |
| ☐ | Please provide any document that would evidence debtor(s) contributions to charitable organizations or tithing. |
| ☐ | Please provide a detailed accounting of the marital adjustment from the income for the non-filing spouse, in addition to documentation supporting the non-filing spouse's charitable contributions. |
| ☐ | Other: |

IT IS SO ORDERED.

END OF DOCUMENT