VAN–068 Notice of Motion To Dismiss – Rev. 03/03/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Jeffrey Norman Pare
  ( debtor has no known aliases )
2500 Clerestory Place
Raleigh, NC 27615

CASE NO.: 10–02303–8–JRL

DATE FILED: March 24, 2010

CHAPTER: 7

Laura Adams Moreschi
  ( debtor has no known aliases )
2500 Clerestory Place
Raleigh, NC 27615

NOTICE OF MOTION TO DISMISS CASE

The Bankruptcy Administrator for the Eastern District of North Carolina has filed papers with the court to dismiss this case pursuant to 11 U.S.C. Section 707.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) These documents are available at the Bankruptcy Administrator's Office or on the court's web page at www.nceb.uscourts.gov.

If you do not want the court to dismiss the case, or if you want the court to consider your views on the motion, then on or before **July 12, 2010** you or your attorney must:

File with the court, at the address shown above, a written response explaining your position and requesting a hearing.

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

U.S. Bankruptcy Administrator
P.O. Box 3758
Wilson, NC 27895–3758

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: June 16, 2010

Stephanie J. Edmondson
Clerk of Court