## CERTIFICATE OF SERVICE

I, Koury L. Hicks, of the Law Offices of John T. Orcutt, P.C., do hereby certify, under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on 7/9/10, I served copies of the foregoing **Opposition to Motion to Confirm Chapter 13 Plan**, by electronic noticing, upon the following parties:

C. Scott Kirk
Staff Attorney
Bankruptcy Administrator

David M. Warren
Chapter 7 Trustee

and by regular U.S. Mail, upon the following parties:

Jeffrey N. Pare and
Laura A. Moreschi
2500 Clerestory Place
Raleigh, NC  27615


/s/ Koury L. Hicks
Koury L. Hicks