**VAN–107** Deficiency Notice – Rev. 07/02/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Jeffrey Norman Pare
 *( debtor has no known aliases )*
2500 Clerestory Place
Raleigh, NC 27615

Laura Adams Moreschi
 *( debtor has no known aliases )*
2500 Clerestory Place
Raleigh, NC 27615

CASE NO.: 10–02303–8–JRL

DATE FILED: March 24, 2010

CHAPTER: 7

## DEFICIENCY NOTICE

To: John Orcutt

Re: Amended/Amendment To Schedule I – / Fee Not Required filed by John T. Orcutt on behalf of Laura Adams Moreschi, Jeffrey Norman Pare. (Orcutt, John)

Amended/Amendment To Schedule J – / Fee Not Required filed by John T. Orcutt on behalf of Laura Adams Moreschi, Jeffrey Norman Pare. (Orcutt, John)

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **July 22, 2010** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

Either page 1, page 2 or both pages of Amended Form B6, Summary Of Schedules and Summary of Certain Liabilities and Related Data, has not been filed pursuant to the General Order entered by the Court on April 30, 2009.

DATED: July 12, 2010

Dawn Barnes
Deputy Clerk