VAN–057 Notice to Creditors and Other Parties In Interest – Rev. 03/03/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Jeffrey Norman Pare
 ( debtor has no known aliases )
2500 Clerestory Place
Raleigh, NC 27615

CASE NO.: 10–02303–8–JRL

DATE FILED: March 24, 2010

CHAPTER: 7

Laura Adams Moreschi
 ( debtor has no known aliases )
2500 Clerestory Place
Raleigh, NC 27615

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:     Tuesday, September 7, 2010
TIME:     02:00 AM
PLACE:    300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27602

to consider and act on the following matters:

Motion To Dismiss Case For Abuse filed by Christopher Scott Kirk on behalf of Bankruptcy Administrator.

and to transact all other business as may properly come before the court.

DATED: July 12, 2010

Stephanie J. Edmondson
Clerk of Court